133 A.3d 738

Daniel L. SPUCK, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 29, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of March, 2016, the Order of the Commonwealth Court is **AFFIRMED.**